# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH DEVELOPMENTS, a California corporation; HYDE PARK HOMES, a canceled California limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:15-CV-01586-MCE-EFB<br>[Hon. Morrison C. England, Jr.]<br><br>**ORDER ON APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: July 23, 2015 |

For good cause shown, IT IS HEREBY ORDERED that the time for Defendants Mandarich Developments and Hyde Park Homes to respond to the Complaint is extended. Any responsive pleading by Defendants is therefore due on or before September 14, 2015.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT